CHARLES HOGG, PLAINTIFF-RESPONDENT, v. THE EM-
PLOYEES RETIREMENT SYSTEM OF THE COUNTY OF
ESSEX *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below:  56 *N. J. Super.* 130.

*Mr. Nicholas T. Fernicola* and *Mr. George H. Callahan*
for the petitioners.

*Messrs. Silber & Silber* for the respondent.

September 21, 1959.  Denied.

PIETRO ROSELLE *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
TOWNSHIP OF UNION, DEFENDANT-PETITIONER.

*Messrs. Kein, Scotch & Pollatschek* and *Mr. Sam Weiss*
for the petitioner.

September 21, 1959.  Denied.